UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
at CHATTANOOGA

| UNITED STATES OF AMERICA | ) | |
| --- | --- | --- |
| | ) | Case No. 1:17-cr-69-HSM-SKL |
| v. | ) | |
| SHANNON HORTON | ) | |

# O R D E R

Magistrate Judge Susan K. Lee filed a report and recommendation recommending the Court: (1) grant Defendant's motion to withdraw her not guilty plea to Count One of the ten-count Indictment (2) accept Defendant's plea of guilty to the lesser offense of the charge in Count One of the Indictment, that is of conspiracy to distribute and possess with intent to distribute five grams or more of methamphetamine (actual) or 50 grams or more of a mixture and substance containing a detectable amount of methamphetamine, in violation of 21 U.S.C. §§ 846 and 841(b)(1)(B); (3) adjudicate Defendant guilty of the lesser offense of the charge in Count One of the Indictment, that is of conspiracy to distribute and possess with intent to distribute five grams or more of methamphetamine (actual) or 50 grams or more of a mixture and substance containing a detectable amount of methamphetamine, in violation of 21 U.S.C. §§ 846 and 841(b)(1)(B);(4) defer a decision on whether to accept the plea agreement until sentencing; and (5) find Defendant shall remain in custody until sentencing in this matter [Doc. 161]. Neither party filed a timely objection to the report and recommendation. After reviewing the record, the Court agrees with the magistrate judge's report and recommendation. Accordingly, the Court **ACCEPTS** and **ADOPTS** the magistrate judge's report and recommendation [Doc. 161] pursuant to 28 U.S.C. § 636(b)(1) and **ORDERS** as follows:

(1) Defendant's motion to withdraw her not guilty plea to Count One of the Indictment is **GRANTED**;

(2) Defendant's plea of guilty to the lesser offense of the charge in Count One of the Indictment, that is of conspiracy to distribute and possess with intent to distribute five grams or more of methamphetamine (actual) or 50 grams or more of a mixture and substance containing a detectable amount of methamphetamine, in violation of 21 U.S.C. §§ 846 and 841(b)(1)(B) is **ACCEPTED**;

(3) Defendant is hereby **ADJUDGED** guilty of the lesser offense of the charge in Count One of the Indictment, that is of conspiracy to distribute and possess with intent to distribute five grams or more of methamphetamine (actual) or 50 grams or more of a mixture and substance containing a detectable amount of methamphetamine, in violation of 21 U.S.C. §§ 846 and 841(b)(1)(B);

(4) A decision on whether to accept the plea agreement is **DEFERRED** until sentencing; and

(5) Defendant **SHALL REMAIN** in custody until sentencing in this matter which is scheduled to take place on **February 12, 2018 at 9:00 a.m. [EASTERN]** before the Honorable Harry S. Mattice, Jr.

**SO ORDERED.**

**ENTER:**

　　　　　　　　　　　　　　　　　　　　　*/s/ Harry S. Mattice, Jr.*
　　　　　　　　　　　　　　　　　　　　　HARRY S. MATTICE, JR.
　　　　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE